# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| LEON MCGILL, | : | |
| Claimant, | : | Case No.: 5:07-cv-181 (CAR) |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | |
| Respondent | : | |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 12] to affirm the Commissioner's denial of disability insurance. Claimant has filed an Objection to the Recommendation [Doc. 13]. Having considered Claimant's Objections and having investigated those matters *de novo*, this Court agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

In his Objection, Claimant re-states the medical facts originally relied on by the Administrative Law Judge, the Commissioner, and the Magistrate Judge in determining that Claimant should be denied disability benefits and re-argues that, in fact, those facts establish that the Commissioner erred, and Claimant should receive disability benefits. The Court disagrees and, after consideration of all such evidence, agrees with the Magistrate Judge that there is substantial evidence to uphold the Commissioner's decision to deny Claimant disability benefits.

**SO ORDERED**, this 17th day of September, 2008.

                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL
                                        UNITED STATES DISTRICT JUDGE

SSH